IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JERRY B. P.,
    Plaintiff,

v.                                   Civil Action No. 3:21cv632

KILOLO KIJAKAZI,
    Acting Commissioner of Social Security.

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on August 26, 2022, 2022. (ECF No. 20). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge, (*id.*), is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment, (ECF No. 14), is GRANTED IN PART to the extent it requests remand and DENIED IN PART to the extent it requests an immediate award of benefits.

(3) Defendant's Motion to Remand, (ECF No. 17), is GRANTED.

(4) The decision of the Commissioner is REVERSED.

(5) This case is REMANDED for further proceedings.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 15 September 2022
Richmond, Virginia